## Michael Braun and Glenemay Braun, Appellants, v. Julia Manaster, Appellee.

Gen. No. 43,350.

Heard in the first division, first

district, this court at the February term, 1945; opinion filed April 30, 1945; released for publication May 14, 1945. Robert H. Holmes, for appellants; John R. Hlavacka, for appellee; John W. Golosinec, of counsel. Opinion by JUSTICE MATCHETT. **Not to be published in full.**